UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                    -against-

   MIGUEL ARCENIO PLAZA ANTIGUA,
                               Defendant.
------------------------------------------------------------ X

23 Cr. 677 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a status conference was held on April 23, 2024.   It is hereby

    **ORDERED** that the parties shall appear for a status conference on **May 14, 2024, at 11:00 a.m.**  It is further

    **ORDERED** that for the reasons stated on the record, Defendant's bail is REVOKED *nunc pro tunc* from March 1, 2024. It is further

    **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until May 14, 2024, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The time between today and May 14, 2024, is hereby excluded.

Dated: April 23, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE