UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                :
UNITED STATES OF AMERICA,        :
                                                                                :
                                                                                :           23 Cr. 677 (LGS)
                  -against-                           :
                                                                                :           <u>SCHEDULING ORDER</u>
MIGUEL ARCENIO PLAZA ANTIGUA,    :
                                   Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Miguel Arcenio Plaza Antigua's sentencing hearing will be held on **July 16, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **July 1, 2024**. The Government's pre-sentencing submission, if any, shall be filed by **July 5, 2024.**

Dated: May 7, 2024
       New York, New York

                                               LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE