UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :   23 Cr. 677 (LGS)
    -v-    :
    :   **ORDER**
MIGUEL ARCENIO PLAZA ANTIGUA,    :
                        Defendant.    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with MIGUEL ARCENIO PLAZA ANTIGUA's consent, his guilty plea allocution was taken before Magistrate Judge Barbara C. Moses on May 3, 2024;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
        July 9, 2024

                                                LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**